PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

RECEIVED
UNITED STATES
APR 2 6 2005
DISTRICT JUDGE
ROBERT H. WHALEY

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY - 2 2005
JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Robert George Kaltsukis         Case Number: 2:03CR02164-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 6/1/2004              Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled   Date Supervision Commenced: 6/6/2004
Substance - Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 6 Months; TSR - 24   Date Supervision Expires: 6/5/2006
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17.   You shall have no contact with Stephanie Waters or any individual known to use illegal substances unless given permission by your supervising probation officer.

### CAUSE

On April 19, 2004, Mr. Kaltsukis appeared before the Court for a supervised release violation hearing. The defendant admitted to using cocaine, failing to report and failing to submit to urinalysis testing as directed. The Court made no ruling and continued the defendant on supervision. The petition for modification in the conditions of supervised release is made at the request of this officer and as agreed to by Mr. Kaltsukis, as noted in the attached waiver signed by the defendant. The basis for the request is that Mr. Kaltsukis is known to associate with individuals who use illegal substances and this condition would enable the supervising probation officer to monitor his associations.

Respectfully submitted,

by  *[signature]*

Jose Vargas
U.S. Probation Officer
Date: April 21, 2005

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[/] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_5/2/2005_____
Date

PROB 49
(3/89)

# United States District Court

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 2 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17. You shall have no contact with Stephanie Waters or any individual known to use illegal substances unless given permission by your supervising probation officer.

Witness: _____    Signed: _____
Jose Vargas                                                            Robert George Kaltsukis
U.S. Probation Officer                                              Probationer or Supervised Releasee

April 21, 2005
Date